IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KNOLLY EDWARDS,

    Plaintiff,

vs.                                       5:10-cv-286-RH-GRJ

UNKNOWN FEDERAL OFFICERS,

    Defendants.

_____/

## **ORDER**

Pending before the Court is the Motion For Extension Of Time To Respond To Second Amended Complaint filed by the United States of America. (Doc. 21.) The federal defendant requests a 45 day extension of time to file an answer or otherwise respond to Plaintiff's Second Amended Complaint. (Doc. 18.) The federal dfeendant represents that additional time is needed because counsel must obtain necessary documents from two federal prison facilities, as well as from prior litigation regarding claims similar to Plaintiff in order to prepare a response.

Accordingly, upon due consideration, the Motion For Extension Of Time To Respond To Second Amended Complaint (Doc. 21) is **GRANTED**. Defendant shall file an answer or otherwise respond to the Second Amended Complaint (Doc. 18) on or before **March 16, 2012**.

**DONE AND ORDERED** this 31st day of January, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge